**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUN 19 2003

Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED

JUN 19 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAFAEL HERNANDEZ | * | |
| | * | |
| VS | * | C.A. NO. B-03-085 |
| | * | |
| UNITED STATES OF AMERICA | * | (CR. NO. B-01-175) |

**NOTICE OF DISMISSAL**
**FOR WANT OF PROSECUTION**

On May 6, 2003, the U.S. District Clerk mailed an application to proceed in forma pauperis to the Petitioner. The Petitioner has failed to response and has not filed said document.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by July 21, 2003.

DONE at Brownsville, Texas, this 19th day of June 2003.

_____
Felix Recio
United States Magistrate Judge
