3

# United States District Court

_Southern_ ........................ DISTRICT OF _TEXAS BROWNSVILLE DIVISION_

_RAFAEL HERNANDEZ_

v.

_UNITED STATES OF AMERICA_

### APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER **B-03-085**

United States District Court
Southern District of Texas
FILED

JUL 1 0 2003

Michael N. Milby
Clerk of Court

I, _Rafael Hernandez_ _____, declare that I am the (check appropriate box)

☐ petitioner/plaintiff          ☒ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant          ☐ _____
                                              _other_

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

_Ineffective assistance regarding my sentencing proceeding_

In further support of this application, I answer the following questions.

1. Are you presently employed?  _YES_          Yes ☒   No ☐

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   _FCI Three Rivers Prison, Unit Orderly_
   _$6⁰⁰ per month,  P O BOX 4200, Three Rivers, Tx 78071_

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   _Ø_

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment     Yes ☐   No ☒
   b. Rent payments, interest or dividends?                     Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?           Yes ☐   No ☒
   d. Gifts or inheritances?                                    Yes ☐   No ☒
   e. Any other sources?                                        Yes ☐   No ☒

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

*CAB03-85*

3. Do you own any cash, or do you have money in checking or savings accounts?

Yes ☐   No ☒   (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ☐   No ☒

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _6 - 30 — 03_          _Rafael Hernandez_
              (Date)                    Signature of Applicant

---

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _.71_ on account to his credit at the _Federal Correctional Institution - Three Rivers, TX_ where he is confined. I further certify that the applicant likewise has the following securities to ___ according to the records of said institution: _0_

I certify that during the last six months the applicant's average balance was $ _.00_

_Raquel G. Roach_
Authorized Officer of Institution

United States District Court
Southern District of Texas
ENTERED

SEP 0 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

---

ORDER

United States District Court
Southern District of Texas
FILED

AUG 2 9 2003

Michael N. Milby, Clerk of Court

application is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____   _____
United States Judge    Date

_Keen_   _8-29-03_
United States Judge    Date
or Magistrate

CA NO: B-03-085

DEAR CLERK OF THE COURT    CASE NO CR NO: B-01-175

Per, your request enclosed herein is the copy of the I F P required by the Court. Please advise me that you received said document. I do not want to be held in default of the Hon. Felix Recio's Order to respond NLT July 21, 2003.

Appreciate your assistance with my legal matter

Thank you

Respectfully yours

RAFAEL HERNANDEZ # 94893-079
FCI THREE RIVERS, P.O. BOX 4200
THREE RIVERS, TX 78071

DATED 7-3-03

Rafael Hernandez

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUN 19 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| RAFAEL HERNANDEZ | * | |
| | * | |
| VS | * | C.A. NO. B-03-085 |
| | * | |
| UNITED STATES OF AMERICA | * | (CR. NO. B-01-175) |

### NOTICE OF DISMISSAL
### FOR WANT OF PROSECUTION

On May 6, 2003, the U.S. District Clerk mailed an application to proceed in forma pauperis to the Petitioner. The Petitioner has failed to response and has not filed said document.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by July 21, 2003.

DONE at Brownsville, Texas, this 19th day of June 2003.

Felix Recio
United States Magistrate Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By L. M. Alvarez
Deputy Clerk