R_____ H_____

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

CAB-03-85 ④

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   
   Yes ☐   No ☒

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-30-03             _____
                 (Date)                Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ .71 on account to his credit at the Federal Correctional Institution - Three Rivers, TX where he is confined. I further certify that the applicant likewise has the following securities to ___ according to the records of said institution: 0

certify that during the last six months the applicant's average balance was $ 16.00

_____
Authorized Officer of Institution

United States District Court
Southern District of Texas
ENTERED
SEP 0 2 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

OR

United States District Court
Southern District of Texas
FILED
AUG 29 2003
Michael N. Milby, Clerk of Court

_____ation is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____   _____    _____  8-29-03
United States Judge        Date      United States Judge        Date
                                     or Magistrate