UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff-Respondent, § | |
| § | |
| v. § | CIVIL ACTION NO. B-03-085 |
| § | (CRIM. ACTION NO. B-01-175-5) |
| RAFAEL HERNANDEZ, § | |
| Defendant-Petitioner. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the Petitioner's application for relief pursuant to 28 U.S.C. § 2255 is hereby DENIED, the Defendant's Motion to Dismiss is GRANTED, and Hernandez's 28 U.S.C. § 2255 application is DISMISSED with prejudice.

DONE at Brownsville, Texas this 18 day of December, 2003.

_____
Hilda Tagle
United States District Judge